

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:　Case No.:　09−27225 − NVA　　Chapter: 13

| | |
|---|---|
| Baylus S. Irby<br>7106 Marston Road<br>Gwynn Oak, MD 21207 | Lauretta M. Irby<br>7106 Marston Road<br>Gwynn Oak, MD 21207 |

Deficient Pleading No. – 95

Motion to Withdraw Unclaimed Funds
from the Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

　Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

　ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:　Debtor(s)
　　　Attorney(s) for Debtor(s) – Jeffrey M. Sirody
　　　Case Trustee – Nancy Spencer Grigsby
　　　Brian Dilks
　　　Clifford E. Wilson

### End of Order

14.1 (02/02/2006) – *lalexander*